UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DINO N. THEODORE <br> and ACCESS WITH SUCCESS, INC., <br> Plaintiffs <br><br> v. <br><br> THE COMMON MAN WINDHAM, INC. <br> and ALEXANDER L. RAY, TRUSTEE, THE <br> ALEXANDER L. RAY 1999 REVOCABLE <br> TRUST, <br> Defendants | ) <br> ) <br> )    CASE NO.: 18-cv-00280-JD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties to the above-captioned action hereby stipulate and agree to the dismissal, with prejudice, of all claims herein, with each party bearing its own costs and attorneys' fees and waiving all rights of appeal.

 

Respectfully Submitted,
DINO N. THEODORE AND
ACCESS WITH SUCCESS, INC.

By their Attorneys,
SHAHEEN, GUERRERA & O'LEARY, LLC


*/s/ Nicholas S. Guerrera*

Nicholas S. Guerrera, NH Bar No. 6520
Shaheen, Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978) 689-0800
Dated: August 24, 2018     nguerrera@sgolawoffice.com


THE COMMON MAN WINDHAM, INC. and

1

ALEXANDER l. RAY, TRUSTEE, THE
ALEXANDER L. RAY 1999 REVOCABLE TRUST

By their Attorneys,
SHEEHAN PHINNEY BASS + GREEN, PA

*/s/ Elizabeth A. Bailey*

Elizabeth A. Bailey, NH Bar No. 9283
Patrick J. Queenan, NH Bar No. 20127
1000 Elm Street
PO Box 3701
Manchester, NH 03105-3701
(603) 627-8241 – Elizabeth A. Bailey
ebailey@sheehan.com
(603) 627-8108 – Patrick J. Queenan
pqueenan@sheehan.com

Dated: August 24, 2018

### CERTIFICATE OF SERVICE

The undersigned certifies that on this date she caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all counsel of record.

*/s/ Elizabeth A. Bailey*

Dated: August 24, 2018

Elizabeth A. Bailey, NH Bar No. 9283